1  DAVID D. LAWRENCE, State Bar No. 123039
   PAUL B. BEACH, State Bar No. 166265
2  MICHAEL D. ALLEN, State Bar No. 198126
   GEORGE E. MORRIS JR., State Bar No. 281062
3  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
4  Glendale, California 91210-1219
   Telephone No. (818) 545-1925
5  Facsimile No. (818) 545-1937

6
   Attorney for Defendants
7  COUNTY OF LOS ANGELES and
   LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
8

9  **UNITED STATES DISTRICT OF COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| JAMES SHORTT, | Case No. 11-CV-05484 DSF (JCG) |
| Plaintiff, | Honorable Dale S. Fischer |
| v. | **NOTICE OF SETTLEMENT** |
| COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE; ESTATE OF RICHARD LAMASCUS, (DECEASED); ESTATE OF JAMES MERCER, (DECEASED); JOAN MERCER; MARY ANN LAMASCUS; BRIAN LAMASCUS; CRAIG LAMASCUS, AND DOES 1-6 | Discovery Cut-Off: January 31, 2014<br>Pretrial Conf.:    June 23, 2014<br>Trial Date:        July 15, 2014 |
| Defendants. | |

TO ALL INTERESTED PARTIES AND TO THE HONORABLE COURT:

In accordance with the Court's Order Re Jury Trial, Local Rule 16-15.7 and the instruction of the Court, Defendants County of Los Angeles and Los Angeles

1

1  County Sheriff's Department hereby submit the instant Notice of Settlement to
2  notify the Court that, contingent on approval by the Los Angeles County Board of
3  Supervisors, the entire lawsuit has been settled.
4
5
6  Dated: October 25, 2013          LAWRENCE BEACH ALLEN & CHOI PC
7
8                                    By:  /s/ *Michael D. Allen*
                                           Michael D. Allen
9                                          Attorneys for Defendants
                                     COUNTY OF LOS ANGELES and
10                                   LOS ANGELES COUNTY SHERIFF'S
                                     DEPARTMENT
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28