Barrett S. Litt, SBN 45527
E-Mail: blitt@littlaw.com
Lindsay B. Battles, SBN 262862
KAYE, MCLANE, BEDNARSKI & LITT, LLP
234 E. Colorado Blvd., Suite # 230
Los Angeles, California 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Gregory A. Yates, SBN 63259
E-Mail: gyates@gregoryayates.net
Keren Bavilski, SBN 201699
LAW OFFICES OF GREGORY A. YATES
16830 Ventura Blvd., Suite # 250
Encino, California 91436
Telephone: (310) 858-6944
Facsimile: (818) 905-7038

Attorneys for Plaintiff, JAMES SHORTT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHORTT, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; ESTATE OF RICHARD LAMASCUS, ESTATE OF JAMES MERCER, JOAN MERCER, MARY ANN LAMASCUS, CRAIG LAMASCUS, BRIAN LAMASCUS, AND DOES 1-6, <br><br> Defendants. | CASE NO.: 11-CV-05484 DSF (JCG) [HON. DALE S. FISCHER] <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE AND IRREVOCABLE WAIVER OF CERTAIN ASPECTS OF PLAINTIFF'S CLAIMS FOR DAMAGES** |

    Plaintiff, JAMES SHORTT, hereby dismisses, with prejudice, and

irrevocably waives, any and all damages claims, except the following:

///

///

1    (1) damages on account of physical injuries and/or physical sickness; and

2    (2) any additional damages directly and proximately caused as a result of such

3    physical injuries and/or physical sickness.

4    Plaintiff's claims for damages on account of physical injuries and/or physical

5    sickness and for any additional damages directly and proximately caused as a result

6    of such physical injuries and/or physical sickness, remain and are unaffected by this

7    waiver.

8    This waiver is limited to the scope of damages being sought by Plaintiff, and

9    does not affect in any respect any of Plaintiff's theories of liability for his claims.

10

11   Dated: February 7, 2014          LAW OFFICES OF GREGORY A. YATES, P.C.

12   _____/S/_____
     GREGORY A. YATES
13   Co-Counsel for Plaintiff,
     JAMES SHORTT
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28