UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHORTT,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; ESTATE OF RICHARD LAMASCUS, ESTATE OF JAMES MERCER, JOAN MERCER, MARY ANN LAMASCUS, CRAIG LAMASCUS, BRIAN LAMASCUS, AND DOES 1-6,<br><br>    Defendants. | CASE NO.: 11-CV-05484 DSF (JCG)<br>[HON. DALE S. FISCHER]<br><br>**ORDER RE: NOTICE OF DISMISSAL WITH PREJUDICE AND IRREVOCABLE WAIVER OF CERTAIN ASPECTS OF PLAINTIFF'S CLAIMS FOR DAMAGES** |

    Having received Plaintiff's Notice of Dismissal With Prejudice and Irrevocable Waiver of Certain Aspects of Plaintiff's Claims, and good cause appearing therefor, and in order to facilitate a settlement of the entire action, IT IS HEREBY ORDERED THAT:

    Any and all damages claims are hereby dismissed with prejudice, except the following:

///

(1) damages on account of physical injuries and/or physical sickness; and

(2) any additional damages directly and proximately caused as a result of such physical injuries and/or physical sickness.

Plaintiff's claims for damages on account of physical injuries and/or physical sickness and for any additional damages directly and proximately caused as a result of such physical injuries and/or physical sickness, remain and are unaffected by this Order.

This Order is limited to the scope of damages being sought by Plaintiff, and does not affect in any respect any of Plaintiff's theories of liability for his claims.

SO ORDERED.

Dated: February 25, 2014

_____
HONORABLE DALE S. FISCHER
United States District Judge