DAVID D. LAWRENCE, State Bar No. 123039
PAUL B. BEACH, State Bar No. 166265
MICHAEL D. ALLEN, State Bar No. 198126
GEORGE E. MORRIS JR., State Bar No. 281062
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorney for Defendants
COUNTY OF LOS ANGELES and
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

**UNITED STATES DISTRICT OF COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES SHORTT,<br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE; ESTATE OF RICHARD LAMASCUS, (DECEASED); ESTATE OF JAMES MERCER, (DECEASED); JOAN MERCER; MARY ANN LAMASCUS; BRIAN LAMASCUS; CRAIG LAMASCUS, AND DOES 1-6<br>　　　　Defendants. | Case No. 11-CV-05484 DSF (JCG)<br>Honorable Dale S. Fischer<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL**<br><br>[Fed.R.Civ.P. Rule 41(a)] |

　　　Pursuant to a settlement entered into between Plaintiff JAMES SHORTT and Defendant COUNTY OF LOS ANGELES, the parties hereby stipulate, by and through their counsel of record, that the instant action be dismissed, in its entirety, with

1

S.\Stip-Order.Dismissal

1 | prejudice. The parties herein are to bear their own costs.

2

3 | Dated: May 22, 2014

KAYE, McLANE, BEDNARSKI & LITT, LLP
LAW OFFICES OF GREGORY A. YATES

By: _____
Barrett S. Litt
Attorneys for Plaintiff

9 | Dated: May 22, 2014

LAWRENCE BEACH ALLEN & CHOI, PC

By: _____
Michael D. Allen
Attorneys for Defendants County of Los Angeles
and Los Angeles County Sheriff's Department

15 | Dated: May 22, 2014

COLLINS COLLINS MUIR + STEWART LLP

By: _____
Christie B. Swiss
Attorneys for Defendants Estate of
Richard Lamascus, Estate of James
Mercer, Joan Mercer, Mary Ann
Lamascus, Brian Lamascus and
Craig Lamascus

S:\Stip-Order.Dismissal

2