**UNITED STATES DISTRICT OF COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES SHORTT, <br>     Plaintiff, <br><br>   v. <br><br> COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE; ESTATE OF RICHARD LAMASCUS, (DECEASED); ESTATE OF JAMES MERCER, (DECEASED); JOAN MERCER; MARY ANN LAMASCUS; BRIAN LAMASCUS; CRAIG LAMASCUS, AND DOES 1-6 <br><br>     Defendants. | Case No. 11-CV-05484 DSF (JCG) <br> Honorable Dale S. Fischer <br><br> **[PROPOSED] ORDER RE DISMISSAL** <br><br> [Fed.R.Civ.P. Rule 41(a)] |

//

//

//

1

S.\Stip-Order.Dismissal-Proposed Order

1       Pursuant to the parties' stipulation:

2       IT IS HEREBY ORDERED the instant action be dismissed in its entirety,
3 with prejudice, all parties to bear their own fees and costs.

6       IT IS SO ORDERED.

9 DATED:_____ _____

HONORABLE DALE S. FISCHER
United States District Judge
Central District of California

S.\Stip-Order.Dismissal-Proposed Order